COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile
Michael S. Weinstein, Esq.
Attorneys for Defendant, Christopher J. McAteer.

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : UNITED STATES DISTRICT COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: CRIMINAL ACTION: 2:09-CR-00721(DRD) |
| v. | : Criminal Action |
| CHRISTOPHER J. MCATEER. | : CONSENT ORDER EXTENDING TIME TO<br>: SUBMIT MOTION FOR SUPPRESSION OF<br>: EVIDENCE |

THIS MATTER, having been opened to the Court by Cole, Schotz, Meisel, Forman & Leonard, P.A., counsel for defendant, Christopher J. McAteer ("McAteer"), for the entry of a Consent Order extending McAteer's time to submit a Motion For Suppression of Evidence; and it appearing that the United States Attorney has consented to the form and entry of this Consent Order; and other good cause having been shown for the entry of this Consent Order;

IT IS on this 18th day of November 2009,

47804/0001-6120779v1

ORDERED that McAteer's time to submit a Motion For Suppression of Evidence hereby is extended through and including **December 11, 2009.**

_____
Honorable Dickinson R. Debevoise
United States District Judge

Dated: Nov 18, 2008

RALPH J. MARRA
Acting United States Attorney

By: _____
Zach Intrater, Assistant U.S. Attorney

Dated: November 18, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Attorneys for Defendant,
Christopher J. McAteer.

By: _____
Michael S. Weinstein

Dated: November 12, 2009

2