UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| Plaintiff, | : | Crim. No. 09-721(DRD) |
| v. | : | **O R D E R** |
| CHRISTOPHER J. McATEER | : | |
| Defendant. | : | |

Defendant, Christopher J. McAteer, having moved pursuant to Fed. R. Crim. P. 12(b)(3)(c) to suppress evidence recovered from a search of his home computer by Special Agents of the FBI and to exclude from evidence the admission of statements made during that search, and the court having conducted an evidentiary hearing, and for the reasons set forth in an opinion of even date;

IT is this 16th day of February, 2010;

**ORDERED** that Defendant's motion is denied in its entirety.

                                         *s/ Dickinson R. Debevoise*
                                         DICKINSON R. DEBEVOISE
                                         U.S.S.D.J.