UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 09-721 (DRD) |
| CHRISTOPHER MCATEER | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Zach Intrater, Assistant U.S. Attorney), and defendant Christopher McAteer (by Michael Weinstein, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and three continuances having been previously granted, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 28th day of May, 2010,

ORDERED that this action be, and it hereby is, continued from the date of this order through and including September 30, 2010; and it is further

ORDERED that motions shall be filed August 19, 2010; the opposition motions shall be filed by September 3, 2010; the argument of motions is scheduled for September 17, 2010, at 2:00 p.m.; and the trial is scheduled for September 30, 2010 or a date to be set by the Court; and it is further

ORDERED that the period from the date of this Order through and including September 30, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

                                    Hon. Dickinson R. Debevoise
                                    United States District Judge

Form and entry
consented to:

Zach Intrater
Assistant U.S. Attorney

Michael Weinstein
Counsel for defendant Christopher McAteer