UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 09-721 (DRD) |
| CHRISTOPHER MCATEER | : | AMENDED ORDER SETTING CONDITIONS OF RELEASE |

The Court having held a hearing regardin the conditions of release of defendant Christopher McAteer, and the requirements of the Adam Walsh Child Protection and Safety Act of 2006, in the presence of Paul J. Fishman, United States Attorney for the District of New Jersey (Zach Intrater, Assistant United States Attorney, appearing), thereon on February 28, 2011,

IT IS, therefore, on this 16th day of March 2011,

ORDERED that the release of the defendant continue as previously ordered, subject to the following additional conditions:

1. Limited computer and internet access to be monitored by computer software;

2. Mental health treatment as deemed appropriate by Pretrial Services;

3. John McAteer to serve as Third Party Custodian.

IT IS FURTHER ORDERED that the following conditions, which are mandatory conditions of release under the Adam Walsh Child Protection and Safety Act of 2006, be added:

1. Electronic monitoring;

2. Comply with curfew requirements as determined by Pretrial Services. The defendant shall be permitted to travel fo attorney visits, court appearances, medical treatment, religious services, approved and verifiable employment;

3. Abide by specified restrictions on personal associations, place of abode, and travel, as deemed appropriate by Pretrial Services;

4. Avoid all contact with any alleged victims of the crime and with potential witnesses who may testify concerning the offense;

5. Report on a regular basis to a designated law enforcement agency, pretrial services agency, or other agency; and

6. Refrain from possessing a firearm, destructive device, or other dangerous weapon.

_____

Hon. Dickinson R. Debevoise

United States District Judge