Robert A. Warmington, Esq.
421 West Main Street
Boonton, N.J. 07005
Tel: 973-794-4700
Fax: 973-541-9259
ATTORNEY FOR DEFENDANT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER McATEER, <br><br> Defendant. | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY <br><br> CRIMINAL No.: 09-721 (DRD) <br><br> **CONSENT ORDER** <br> **REGARDING TRAVEL** |

This matter having been opened to the Court by Robert A. Warmington, Esq., attorney for defendant, Christopher McAteer, and with the consent of Assistant United States Attorney Zach Intrater, and for good cause shown;

It is on this 22nd day of September, 2011;

ORDERED that on or about 6:00 a.m. on Saturday, September 24, 2011, defendant Christopher McAteer shall be permitted to travel to Deposit, New York for purpose of attendance at the New York State Hardwoods Hare Scrambles, and shall be permitted to stay overnight at that event, returning to his New Jersey residence by not later than 10:00 p.m. on Sunday, September 25, 2011, and, it is

FURTHER ORDERED that all other conditions of release remain in full force and effect.

_____
HON. DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE