PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Christopher McAteer**                                      Docket No.**09-721**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW **Kelly Fernandes** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Christopher McAteer**, who was placed under pretrial release supervision by the **Honorable Esther Salas** sitting in the Court at Newark, New Jersey, on October 19, 2009, on a $50,000 Unsecured Appearance Bond, along with the additional conditions of release:

1. Pretrial Services supervision;
2. Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents;
3. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services;
4. Mental health testing and/or treatment as directed by Pretrial Services;
5. No contact with minors unless in the presence of a parent or guardian who is aware of the present offense;
6. No computers - defendant is prohibited from possession and/or use of computers or connected devices.

On January 28, 2011, a Superseding Indictment was returned by the Grand Jury charging the defendant with one count of Receipt of Child Pornography and one count of Possession of Child Pornography.

On February 28, 2011, the defendant appeared before Your Honor for an Arraignment at which time bail conditions were modified to include the following mandatory conditions under the Adam Walsh Act and additional conditions of release:

Electronic monitoring with a curfew.

Avoid all contact with alleged victims and/or potential witnesses who may testify concerning the offense.

Refrain from possessing a firearm, destructive device, or other dangerous weapon.

The defendant to be released into the third party custody of an individual approved by Pretrial Services (The defendant's father, John McAteer, was approved to serve as the custodian.)

Substance abuse testing / treatment as directed by Pretrial Services.

All previously imposed conditions remain in effect.

Respectfully presenting petition for action of Court and for cause as follows:
**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A Bail Review Hearing to be Scheduled**

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 4th day of September, and ordered filed and made a part of the records in the above case. | I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2012 |
| _____ Honorable Dickinson R. Debevoise United States District Judge | _____ Kelly Fernandes United States Pretrial Services Officer |