THE LAW OFFICES OF WILLIAM D. WARE, ESQ.
154 U.S. Highway 206
Chester, New Jersey
Tel: 908-955-7065
Fax: 908-955-7066
Email: wdw@williamwarelaw.com

| United States of America | : | Crim. No – 09-721 (DRD) |
|---|---|---|
| vs. | : | |
| | : | **CONSENT ORDER** |
| Christopher J. Mc Ateer | : | |
| | : | |

**THIS MATTER** having come before the **Court** on the joint application of Assistant United States Attorney for the District of New Jersey (Zach Intrater appearing), and defendant Christopher Mc Ateer (William D. Ware, Esq., appearing), for an order permitting the following, to wit:

**IT IS**, therefore on this 20th day of November, 2012,

**ORDERED** that the Defendant is permitted to be present at his brother's home (the location is at 185 Lake Drive, Stanhope, New Jersey 07874 – home of John & Carol Mc Ateer) for Thanksgiving on 11-22-12 at 10:00 am from: 10:00 am/~~pm~~ to 6:00 ~~am~~/pm

_____
THE HON.                                              U.S.D.C.J.