```
                    UNITED STATES DISTRICT COURT
                      MINUTES OF PROCEEDINGS
```

**NEWARK**                                      **DATE: FEBRUARY 19,2013**

**Judge:** Hon. Dickinson R. Debevoise
**Court Reporter:** Mollie Giordano
**Deputy Clerk:** Ellen Mc Murray

**Title of Case:**                              Cr.09-721 (DRD)

    USA V. CHRISTOPHER J. MCATEER

**Appearances:**

    Zach Intrater, AUSA
    Robert A. Warmington, Esq for deft.

**Nature of proceedings:**    SENTENCING

    Defendant is hereby committed to the custody of the BOP for a term of 12 months and 1 day.
    Upon release from imprisonment the deft. shall be placed on supervised release for (5) years.
    The Court will waive the fine in this case. .
    It is further Ordered that the deft, shall pay to the US a special assessment of $100.00

**SPECIAL CONDITIONS:**

    **Computer Monitoring**
    **Mental Health Treatment**
    **Restricted Contact with Minors**
    **Sex Offender Registration**

Deft will voluntarily surrender to the designated institution. Court recommends that the BOP designate a facility for service of this sentence as near as possible to the defendant's home address.

                                                            Ellen Mc Murray
                                                            Sr. Court Room Deputy

Time Commenced: 2:00 pm
Time Adjourned:   2:35 pm